469 A.2d 303

Sheppard v. Sheppard, Appellant.

Submitted September 30, 1983. William John Martin, for appellant; James K. Nicely, for appellee.

Before WICKERSHAM, ROWLEY and POPOVICH, JJ.

Appeal dismissed.